**Order entered March 25, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00289-CV

### IN RE MUAMAR ASAD SAYYED, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-8240-507**

## ORDER
Before Justices Bridges, Osborne, and Carlyle

Based on the Court's opinion of this date, we **DISMISS** this proceeding for want of jurisdiction as to relator's request for a writ of mandamus directing vacatur of his conviction and rendition of a judgment of acquittal, and we **DENY** relator's petition for writ of mandamus to the extent he complains of post-conviction orders signed by Judge Benjamin Smith.

/s/     LESLIE OSBORNE
          JUSTICE